BLD-016                                                        **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3416
_____

IN RE: RAFAEL VASQUEZ,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 1:14-cv-05297)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
October 16, 2015
Before:  FUENTES, KRAUSE and SCIRICA, Circuit Judges

(Opinion filed October 21, 2015)
_____

OPINION[*]
_____

PER CURIAM

        Pro se petitioner Rafael Vasquez, a federal prisoner, filed a petition for a writ of

mandamus pursuant to 28 U.S.C. § 1651, seeking an order directing the United States

District Court for the District of New Jersey to order the government to respond to

Vasquez's motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255.  On October

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

13, 2015, the government filed its answer to Vasquez's motion. Because Vasquez has now received the relief he sought, we will dismiss the petition as moot.